### SET-OFF ON CLAIM OF INSOLVENT BANK.

Common Pleas Court of Licking County.

A. A. STASEL, RECEIVER OF THE NEWARK SAVINGS BANK CO.,
v. G. C. DAUGHERTY.

Decided, January Term, 1907.

*Banks and Banking—Receiver—Set-off—Promissory Note—Rights of Depositor.*

The maker of a promissory note held by the receiver of an insolvent bank has no right to set off a deposit in the bank standing in his name as executor.

*A. A. Stasel,* for plaintiff.
*Kibler & Montgomery,* contra.

SEWARD, J. (orally).

This case is submitted to the court upon the pleadings and the evidence.   I might say that there is, substantially, an agreed statement of facts in the case.

This is a suit brought by Stasel, as receiver, v. Daugherty to recover on a promissory note.   Daugherty files an answer setting up what is claimed to be a set-off, he having been a depositor in the bank of which Stasel is receiver.   That deposit is in the name of Daugherty, as executor of Hickey.

The question is whether Daugherty has a right to set off this claim which he has against the bank as executor.

The court does not think he has, and there may be a judgment for the plaintiff.   Motion for new trial overruled.